**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDITA EMERITA PINTO HIDALGO,

Petitioner,

v.

Case No. 2:26-cv-00340-MIS-JMR

PAMELA BONDI, in her official capacity as U.S. Attorney General; KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Director of the El Paso Field Office, U.S. Immigration and Customs Enforcement; and DORA CASTRO, in her official capacity as Warden, Otero County Processing Center,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Edita Emerita Pinto Hidalgo and against Respondents Dora Castro, Mary De Anda Ybarra, Todd M. Lyons, Kristi Noem, and Pamela Bondi.

Margaret Strickland
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE